UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FOREST SERVICE,<br><br>    Defendant. | Case No. 12-cv-286 BLW<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

     Plaintiffs and Defendant have submitted to the Court a Stipulation of Dismissal to resolve this action (Docket No. 20).  The injunction issued by this Court on June 15, 2012, will remain in effect through the end of the 2012 grazing season.  The time in which to appeal that decision has expired, and no appeal has been taken.  No issues remain in this case to resolve.  Having reviewed the parties' stipulation, and good cause appearing, the Court approves the parties' Stipulation of Dismissal.

     IT IS ORDERED that the parties' Stipulation of Dismissal (docket no. 20) is approved and this case is hereby DISMISSED WITH PREJUDICE.  The Clerk is directed to close this case.



DATED: September 3, 2012

_____

B. Lynn Winmill

Chief Judge

United States District Court