UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> HELLS CANYON PRESERVATION COUNCIL ) <br> and THE WILDERNESS SOCIETY, ) <br> ) <br> Co-Plaintiffs; ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case. No. 12-cv-286-BLW <br><br> **ORDER** |

The Parties have filed a Stipulated Settlement on Plaintiffs' Motion for Attorneys' Fees and Costs resolving Plaintiffs' claim for fees and costs in this matter (Docket No. 27).

Good cause appearing,

IT IS HEREBY ORDERED that the Parties' Stipulated Settlement on Plaintiffs' Motion for Attorneys' Fees and Costs (docket no. 27) is APPROVED.



DATED: February 22, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court